AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Central States, Southeast and Southwest Areas Pension Fund, Central States, Southeast and Southwest Areas Health and Welfare Fund and Howard McDougall, trustee

V.

Blue Sky Heavy Hauling, Inc., a Michigan Corporation

CASE NUMBER: 08CV3338

ASSIGNED JUDGE: JUDGE DOW, JR

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

Blue Sky Heavy Hauling, Inc.
c/o Micheal G. Bates, Registered Agent
7811 Chubb Road
Northville, MI 48168

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony E. Napoli
Central States Legal Department
9377 W. Higgins Road
Rosemont, IL 60018-4938
(847) 518-9800, Ext. 3702

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

June 10, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6-19-08 @ 3:30 pm |
| NAME OF SERVER (PRINT) PATRICIA CARTER | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 7811 Chubb Northville, MI 48168

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-19-08          *Patricia Carter*
            Date              Signature of Server

Address of Server: 17605 E. 9 mile Eastpointe MI 48021

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.