## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Central States, et al.
v.
Blue Sky Heavy Hauling, Inc., a Michigan Corporation

Case Number: 08 CV 3338

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Blue Sky Heavy Hauling, Inc., a Michigan Corporation

| | |
|---|---|
| NAME (Type or print) Alan M. Levy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Alan M. Levy | |
| FIRM Lindner & Marsack, S.C. | |
| STREET ADDRESS 411 East Wisconsin Avenue, Suite 1800 | |
| CITY/STATE/ZIP Milwaukee, Wisconsin 53202 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6184145 | TELEPHONE NUMBER 414/273-3910 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |