IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND AND HOWARD MCDOUGALL, TRUSTEE. <br><br> Plaintiffs, <br><br> v. <br><br> BLUE SKY HEAVY HAULING, INC., A MICHIGAN CORPORATION, <br><br> Defendant. | Case No. 08CV3338 <br><br> Judge: Robert M. Dow, Jr. <br><br> Magistrate Judge: Mason |

## NOTICE OF FILING

**PLEASE TAKE NOTICE,** that we shall cause to have filed on this 24th day of July, 2008, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the **ANSWER OF DEFENDANT BLUE SKY HAULING, INC.**, a copy of which is attached hereto.

                                               Respectfully submitted,
                                               Peter Andjelkovich & Associates

                                               By:  s/Peter Andjelkovich
                                                       Local counsel for Defendant

Peter Andjelkovich, Esq.
Peter Andjelkovich & Associates
39 South LaSalle Street, Suite 200
Chicago, IL 60603
312/782-8345

Alan M. Levy, Esq.
Lindner & Marsack, S.C.
411 East Wisconsin Avenue, Suite 1800
Milwaukee, Wisconsin 53202
414/273-3910

    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, Peter Andjelkovich, an attorney, hereby certify that the above and foregoing **ANSWER OF DEFENDANT BLUE SKY HAULING, INC.** was served upon all parties of record listed below by CM/ECF electronic transmission on this 24th day of July, 2008.

Anthony E. Napoli, Esq.
Central States Legal Department
9377 West Higgins Road
Rosemont, IL 60018-4938

By: /s/Peter Andjelkovich