IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee, | Case No. 08 C 3338 |
| Plaintiffs, | Honorable Robert M. Dow, Jr. District Judge |
| v. | |
| BLUE SKY HEAVY HAULING, INC., a Michigan corporation, | |
| Defendant. | |

### PARTIES' INITIAL JOINT STATUS REPORT PURSUANT TO RULE 16 OF THE F.R.CIV.P.

**NOW COMES** the Parties and hereby submit their Initial Joint Status Report Pursuant to Rule 16 of the Federal Rules of Civil Procedure.

Status Hearings. This matter is set for initial status on August 26, 2008 at 9:00 a.m. As discussed below, the parties request that this status hearing be stricken and reset after October 1, 2008, after completion of the expanded audit.

**A.    Attorneys of Record.**

Plaintiffs' counsel: Anthony E. Napoli and Albert M. Madden, Central States Law Department, 9377 West Higgins Road, Rosemont, IL 60018, telephone: (847) 518-9800. Lead trial attorney: Albert M. Madden.

Defendants' counsel: Alan M. Levy, Linder & Marsack, S.C., 411 East Wisconsin Avenue, Suite 1800, Milwaukee, WI 53202, telephone (414) 273-3910; Peter Andjelkovich,

Peter Andjelkovich & Associates, 29 South LaSalle Street, Suite 200, Chicago, IL 60603, telephone (312) 782-8345. Lead trial attorney: Peter Andjelkovich.

**B.     Basis for Federal Jurisdiction.**

This suit was filed under the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended by the Multiemployer Pension Plan Amendments Act of 1980 ("MPPAA"), 29 U.S.C. §1001, et seq., for the collection of employer contributions to Central States, Southeast and Southwest Areas Pension Fund ("Pension Fund") owed by the Blue Sky Heavy Hauling, Inc. ("Blue Sky"). This Court has jurisdiction over this action under 29 U.S.C. § 1132(e).

**C.     Nature of Claims and Counterclaims.**

This is an action against an employer for collection of employer contributions, interest, and penalties. The Pension Fund alleges that Blue Sky was subject to collective bargaining agreements executed with Local Unions affiliated with the International Brotherhood of Teamsters pursuant to which it was required to make contributions on behalf of certain of its employees to the Pension Fund. The Pension Fund conducted an audit of Blue Sky covering the period of January 2002 through December 2004 and alleges that Blue Sky owes the Pension Fund delinquent employer contributions in the amount of $20,090.72. The Pension Fund also requests an expanded audit of Blue Sky for the period prior to January 2002 and after December 2004. Blue Sky has filed an Answer to the Complaint and while it admits that it was subject to the collective bargaining agreements, it has denied liability for the amounts claimed due by the Pension Fund and disputes the period when the collective bargaining agreements were in effect.

D. **Service**.

All parties have been served.

E. **Principal Legal Issues**.

The principal legal issue is whether Blue Sky is liable for the audit findings pursuant to the terms of the collective bargaining agreements, the participation agreement, and the Pension Fund's trust agreement.

F. **Principal Factual Issues**.

There may be significant fact issues but these issues should be resolved through the expanded audit findings and Blue Sky's review of the expanded audit findings. The parties believe that this matter will likely be resolved by summary judgment.

G. **Jury Trial**.

The parties have not requested a jury trial.

H. **Status of Discovery**.

Counsel for the parties have had numerous telephone conferences regarding discovery and completing the expanded audit. On July 17, 2008, the Pension Fund served initial written discovery related to the expanded audit and served its F.R.Civ.P. Rule 26 initial disclosures on Blue Sky. The parties have agreed to proceed with limited discovery to complete the expanded audit and determine the total amount at issue. The parties anticipate completing the audit fieldwork (which consisted of reviewing Blue Sky's payroll records) at Blue Sky's premises by the end of August 2008 (part of the delay in scheduling the expanded audit is due to the unavailability of Blue Sky representatives until late August). The Pension Fund anticipates completion of this audit in mid-September 2008.

Based upon prior experience, in the event there are additional audit findings, a review of the audit findings by an employer generally takes another month. Thus, it is unlikely that the parties will be able to complete discovery by the October 10, 2008 deadline set by the Court.

The parties request that the Court strike the discovery schedule to allow the parties additional time to complete the expanded audit and discuss settlement. If the Court sets a discovery schedule, the parties request that the Court set the discovery schedule as follows: (1) all discovery to be completed by January 31, 2009 (approximately 120 days after completion of the expanded audit) and (2) dispositive motions to be filed by February 28, 2009.

I. **Trial.**

The parties anticipate that the issues in this case will be resolved by summary judgment. At this time, the parties expect a trial to take approximately 2-3 days.

J. **Magistrate Judge.**

At present, there is no unanimous consent to proceed before a Magistrate Judge.

K. **Settlement.**

The parties anticipate settlement discussions after completion of the expanded audit. The parties request that the Court strike the discovery schedule at this time to minimize the attorneys' fees and costs that might be incurred during the expanded audit and any settlement discussions.

L. **Settlement Conference.**

The parties do not request a settlement conference at this time.

Respectfully submitted,

/s/ Alan M. Levy
Alan M. Levy
Attorney for Defendant
Linder & Marsack, S.C.
411 East Wisconsin Avenue
Suite 1800
Milwaukee, WI 53202

Respectfully submitted,

/s/Anthony E. Napoli
Anthony E. Napoli
Attorney for Plaintiffs
Central States, Southeast and
Southwest Areas Health and
Welfare Fund
9377 W. Higgins Road
Rosemont, Illinois 60018-4938
(847) 518-9800, Ext. 3702
ARDC # 06210910

August 5, 2008

## CERTIFICATE OF SERVICE

I, Anthony E. Napoli, one of the attorneys for Plaintiffs, Central States, Southeast and Southwest Areas Pension and Health and Welfare Funds, certify that on 6th day of August, 2008, I caused the foregoing Parties' Initial Status Report Pursuant to Rule 16 of the F.R.CIV.P. to be filed electronically and served upon:

Alan M. Levy
Linder & Marsack, S.C.
411 East Wisconsin Avenue
Suite 1800
Milwaukee, WI 53202

Peter Andjelkovich
Peter Andjelkovich & Associates
29 South LaSalle Street
Suite 200
Chicago, IL 60603

/s/ Anthony E. Napoli
Anthony E. Napoli
One of Central States' Attorneys