**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Central States, Southeast and Southwest Areas
Pension Fund, et al.

                                              Plaintiff,

v.                                                     Case No.: 1:08−cv−03338

                                                          Honorable Robert M. Dow Jr.

Blue Sky Heavy Hauling, Inc.

                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 25, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: On the basis of the representations in the parties' initial joint status report, the status hearing set for 8/26/08 and the discovery deadlines set in the Court's minute order of 7/8/08 are stricken. The initial status hearing is reset for 10/7/08 at 9:00 am.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.